UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| HEATHER M. PIZARRO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:19-CV-701 RLM-MGG |
| | ) | |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| Defendant | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation on plaintiff's appeal from the final decision of the Commissioner of Social Security [Doc. No. 23]. Accordingly, the court ADOPTS those findings and the recommendation, REVERSES the Commissioner's decision, and REMANDS this case to the Social Security Administration for further proceedings.

SO ORDERED.

ENTERED:   November 4, 2020

                                          /s/ Robert L.. Miller, Jr.
                                          Judge
                                          United States District Court